No. 1056. Dávila, Demandante y Apelante, *v.* Berríos, Demandado y Apelado.—Apelación procedente de la Corte de Distrito de Humacao. Moción de la parte apelada para que se desestime la apelación. Resuelto en noviembre 18, 1913. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado del apelado: *Sr. Francisco González.* La apelante no compareció.

---

No. 68. Ex parte Luis L. Yordán Dávila, Peticionario.— Moción para sustituir un fiador de una fianza notarial personal. Resuelto en noviembre 21, 1913. Se da por terminada la fianza en cuanto al fiador sustituído para tener efecto en octubre 9, 1913, y se aprueba la nueva fianza notarial. El peticionario compareció en nombre propio.

---

No. 84. Ex parte Carlos F. Chardón y León, Peticionario.—Moción para sustituir un fiador de una fianza notarial personal. Se da por terminada la fianza en cuanto al fiador sustituído para tener efecto en octubre 9, 1913, y se aprueba la nueva fianza notarial. Abogado del peticionario: *Sr. Luis L. Yordán Dávila.*